No. 202. ANDERSEN and wife, Respondents, v. ANDERSON and others, Appellants.

(Also reported in 212 N. W. 2d 170.)

For the appellants the cause was submitted on the brief of *Weber, Gerard & Bonk* and *Myron J. Bonk,* all of Racine.

For the respondents the cause was submitted on the brief of *Kolbe, Sharp & Arena* and *William F. Kolbe,* all of Racine.

Order affirmed.